1

2

3

4

5

6

7

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                          SAN JOSE DIVISION

12   MARIA J. GUTIERREZ,                )        Case No.: C 09-3204 PVT
                                        )
13                   Plaintiff,         )        **ORDER SETTING DEADLINE FOR PARTIES**
                                        )        **TO FILE EITHER A "CONSENT TO**
14        v.                            )        **PROCEED BEFORE A UNITED STATES**
                                        )        **MAGISTRATE JUDGE," OR ELSE A**
15   CORREIA CARE CENTERS, INC., et al., )       **"DECLINATION TO PROCEED BEFORE A**
                                        )        **UNITED STATES MAGISTRATE JUDGE AND**
16                   Defendants.        )        **REQUEST FOR REASSIGNMENT"**
     _____ )
17

18        On October 13, 2009, defendant Correia Care Centers, Inc. moved to dismiss.  This case has

19   been assigned to a Magistrate Judge.  Before the court takes any action on the motion to dismiss, the

20   court must determine whether or not all of the parties who have appeared consent to Magistrate

21   Judge jurisdiction, or whether any of the parties request reassignment to a District Judge.  Therefore,

22        IT IS HEREBY ORDERED that no later than October 30, 2009, each party who has not

23   already done so shall file either a "Consent to Proceed Before a United States Magistrate Judge," or

24   else a "Declination to Proceed Before a United States Magistrate Judge and Request for

25   Reassignment."  Both forms are available from the clerk of the court, or from the Forms (Civil)

26

27

28

1    section of the court's website at www.cand.uscourts.gov.

2    Dated:   October 13, 2009

3                                                    *Patricia V. Trumbull*
                                                     PATRICIA V. TRUMBULL
4                                                    United States Magistrate Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28