UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARIA J. GUTIERREZ,<br><br>        Plaintiff,<br>    v.<br><br>CORREIA CARE CENTERS, INC., ET AL.,<br><br>        Defendants. | Case No. C 09-03204 PVT<br><br>**ORDER DIRECTING PARTIES TO MEET AND CONFER REGARDING NOTICE TO OTHER POTENTIAL PLAINTIFFS** |

In the complaint filed in the above-captioned action, plaintiff Maria J. Guttierrez alleges that she and her co-workers have opted-in and consented to sue under the Fair Labor Standards Act. ("FSLA"). Specifically, she alleges that defendants Correia Care Centers, Inc. and Maria A. Correia failed to pay her wages and overtime while she was employed at an assisted living and hospice care facility named Capitola Manor.

"Section 16(b) of the FSLA authorizes an employee to bring an action of similarly situated employees, but requires that each employee opt-in to the suit by filing a consent to sue with the district court." *Does I through XXIII v. Advanced Textile Corp., et al.,* 214 F. 3d 1058, 1064 (9th Cir. 2000)(internal citations omitted). "To facilitate this process, a district court may authorize the named plaintiffs in a FSLA collective action to send notice to all potential plaintiffs and may set a deadline for plaintiffs to join the suit by filing consents to sue." *Id.* Accordingly,

IT IS HEREBY ORDERED that the parties meet and confer regarding a proposed notice and deadline for other potential plaintiffs to join the suit by filing consents to sue. In the event, the parties are unable to agree on a proposed notice and deadline, each party's proposal shall be submitted to the court for review no later than January 15, 2010.[1]

IT IS FURTHER ORDERED that the hearing on defendants' motion to dismiss is continued to February 9, 2010 at 10AM.

IT IS FURTHER ORDERED that this case is referred to the court's mediation program.[2]

IT IS SO ORDERED.

Dated:   December 17, 2009

_____
PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1]   Pursuant to 28 U.S.C. §636, all parties have consented to jurisdiction by a U.S. Magistrate Judge. *See* Docket Nos. 10 and 13.

[2]   During mediation, the parties should be mindful of two important considerations: (1) an award of *reasonable* attorneys' fees is mandatory under the Fair Labor Standards Act when a court enters a judgment in favor of an employee; and (2) a substantial reduction of the amount of reasonable fees is appropriate where there is a settlement of a *bona fide* dispute. *See Yue Zhou v. Wang's Restaurant,* 2007 WL 2298046 (N.D. Cal. 2007).